# Exhibit C

# Declaration of Mitchell James Dunn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | Civil Action No. _____ |

## DECLARATION OF MITCHELL JAMES DUNN

I, Mitchell James Dunn, declare as follows:

1. I am Mitchell James Dunn. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I currently reside in the State of Florida.

3. I am a law-abiding American citizen, eligible to possess firearms under state and federal law.

4. I am not a federal firearms licensee; I do not currently hold a concealed firearms license under Florida law; I do not possess a valid Florida hunting license and I have not completed a hunter safety course or possess a hunter safety certification card; and I am not a law enforcement officer, correctional officer or servicemember.

5. I am a current member of the National Rifle Association of America.

6. I recently decided to obtain a firearm for the purpose of self-defense.

7. Prior to August 25, 2025, I had never purchased or owned a firearm for personal use either in the State of Florida or in any other state.

8. On August 25, 2025, I went to Sentry Firearms in Jacksonville, Florida, for the purpose of acquiring a Colt Gold Cup National Match 1911 handgun (hereinafter, "the firearm").

9. After selecting the firearm to purchase, I provided the information required for a federal firearm background check through the National Instant Criminal Background Check System (NICS), and was subsequently informed that I had passed the background check.

10. I also subsequently paid the purchase price, including the sales tax, for the firearm.

11. During the course of the transaction, the Sentry Firearms employee who had been helping me told me that I would not be able to take possession of the firearm until

August 29, 2025. When I asked why, the employee responded that due to the firearm waiting period laws in Florida, the firearm had to remain in the custody of Sentry Firearms until that time.

12. I then asked the Sentry Firearms employee if there was any reason other than the requirements of the firearm waiting period laws why I could not receive the firearm and take it home with me. The Sentry Firearms employee confirmed that there was no other reason.

13. Although this was the first firearm I have ever purchased, it will not be my last. I intend to purchase one or more additional firearms in the State of Florida in the future.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in Hilliard, Florida, this 25th day of August 2025.

BY: *[signature]*
MITCHELL JAMES DUNN