# Exhibit D

# Declaration of Josiah Jeffrey Burnham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | Civil Action No. _____ |

## DECLARATION OF JOSIAH JEFFREY BURNHAM

I, Josiah Jeffrey Burnham, declare as follows:

1. I am Josiah Jeffrey Burnham. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I currently reside in the State of Florida.

3. I am a law-abiding American citizen, eligible to possess firearms under state and federal law.

4. I am not a federal firearms licensee; I do not currently hold a concealed firearms license under Florida law; I do not maintain a valid Florida hunting license and I have not completed a hunter safety course or possess a hunter safety certification card; and I am not a law enforcement officer, correctional officer or servicemember.

5. I am a current member of the National Rifle Association of America.

6. I currently possess a small collection of firearms, including self-defense weapons, which I intend to expand through future firearms purchases in the State of Florida.

7. On August 23, 2025, I went to Pickett Weaponry Services Inc. in Newberry, Florida ("Pickett Weaponry"), for the purpose of acquiring a Mossberg model 88 shotgun (hereinafter, "the firearm").

8. After selecting the firearm to purchase, I provided the information required for a federal firearm background check through the National Instant Criminal Background Check System (NICS), and was subsequently informed that I had passed the background check.

9. After paying the purchase price for the firearm, I asked the Pickett Weaponry employee who had been helping me with the transaction if I could take possession of the firearm so that I could remove it from the store and transport it to my residence. The employee responded that due to the firearm waiting period laws in

Florida, as well as Alachua County's own firearms waiting period ordinance, the firearm had to remain in the custody of Pickett Weaponry for the next five days.

10. I then asked the Pickett Weaponry employee if there was any reason other than the requirements of the firearm waiting period why I could not receive the firearm and take it home with me. The Pickett Weaponry employee confirmed that there was no other reason.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in _____, this  25  day of August 2025.

BY: _____
JOSIAH JEFFREY BURNHAM

3