AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **8:25-cv-02264-SDM-AEP**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Brian Stuart Kramer, State Attorney, 8th Judicial Circuit**
was recieved by me on  **9/10/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Amy Christmas**, a person of suitable age and discretion who resides at **120 W University Ave, Gainesville, FL 32601**, on **09/10/2025 at 11:57 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/10/2025

_____
*Server's signature*

**Raymond Matos**
*Printed name and title*

**2728 NW 48th Terrace**
**Gainsville, FL 32606**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; EXHIBITS,  to Amy Christmas who identified themselves as the person authorized to accept, co-resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 140-160 lbs.**





Tracking #: **0185754185**