UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MITCHELL JAMES DUNN, *et al.*,

    *Plaintiffs*,

    v.                                         Case No. 8:25-cv-02264-SDM-AEP

MARK GLASS, *et al.*,

    *Defendants*.

_____/

## UNOPPOSED CONSOLIDATED MOTION TO EXTEND TIME TO SUBMIT AN ANSWER ON BEHALF OF ALL DEFENDANTS

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants Mark Glass, Commissioner of the Florida Department of Law Enforcement, James Uthmeier, Attorney General of the State of Florida, Melissa Williamson Nelson, State Attorney for the Fourth Judicial Circuit, Brian Stuart Kramer, State Attorney for the Eighth Judicial Circuit, and Susan Shorter Lopez, State Attorney for the Thirteenth Judicial Circuit, respectfully request this Court for an extension of time of 56 days (until November 25, 2025) for Defendants Glass, Nelson, Kramer, and Lopez to file their Answer to the Complaint. In support of this motion, Defendants state as follows:

Plaintiffs filed the complaint in this action on August 25, 2025. ECF 1.

Defendants Glass, Nelson, Kramer, and Lopez received service of the complaint and summons in early September. ECF 4. Those Defendants have 21 days from the date they received the summons to answer the Complaint. Fed. R. Civ. P. 12(a)(1)(A)(i).

On Friday, September 26, Defendant Uthmeier still had not been served. Plaintiffs emailed Defendant Uthmeier to request that he waive service of summons pursuant to Rule 4. Defendant Uthmeier agreed and accordingly his deadline to file his Answer to the Complaint is November 25. 2025. *See* Fed. R. Civ. P. Rule 4(d)(3).

Until a few days ago, several Defendants were still in the process of obtaining counsel. More importantly, Defendants need additional time to formulate their position.

Defendants respectfully request that this Court extend the Answer deadline for Defendants Glass, Nelson, Kramer, and Lopez to November 25, 2025, to match their deadline to Defendant Uthmeier's Answer deadline, and to give the Defendants sufficient time to coordinate their response.

Plaintiffs do not oppose this motion.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s Christine Pratt*
Jeffrey P. DeSousa (FBN 110951)
ACTING SOLICITOR GENERAL

Jason J. Muehlhoff[1]
CHIEF DEPUTY SOLICITOR GENERAL

Christine Pratt (FBN 100351)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com

---

[1] Certified to practice as an out-of-state bar member.

3

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that I have conferred with opposing counsel regarding this motion and no party objects to this motion.

*/s Christine Pratt*
Christine Pratt (FBN 100351)
ASSISTANT SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com
