## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MITCHEL JAMES DUNN, JOSIAH JEFFREY
BURNHAM, JEREMY RONALD HESSON, 2ND
AMENDMENT ARMORY, AND THE NATIONAL
RIFLE ASSOCIATION OF AMERICA,

    *Plaintiffs*,

    v.

MARK GLASS, in his official capacity as
Commissioner of the Florida Department
of Law Enforcement; JAMES UTHMEIER, in
his official capacity as Attorney General of
the State of Florida; MELISSA WILLIAMSON
NELSON, in her official capacity as State
Attorney for the 4th Judicial Circuit; BRIAN
STUART KRAMER, in his official capacity
as State Attorney for the 8th Judicial
Circuit; and SUSAN SHORTER LOPEZ, in her
official capacity as State Attorney for the
13th Judicial Circuit,

    *Defendants*.
_____/

Case No. 8:25-cv-2264

## **NOTICE OF APPEARANCE OF LEAD COUNSEL**

PLEASE TAKE NOTICE of the appearance of Jeffrey P. DeSousa, as lead counsel for Defendants Mark Glass, in his official capacity as Commissioner of the Florida Department of Law Enforcement; James Uthmeier, in his official capacity as Attorney General of the State of Florida; Melissa Williamson Nelson, in her official capacity as State Attorney for the 4th Judicial Circuit; Brian Stuart Kramer,

1

in his official capacity as State Attorney for the 8th Judicial Circuit; and Susan Shorter Lopez, in her official capacity as State Attorney for the 13th Judicial Circuit. Please serve copies of all filings, orders, and other correspondence at the following addresses:

    Primary E-mail:        jeffrey.desousa@myfloridalegal.com

    Secondary E-mail:      jenna.hodges@myfloridalegal.com

Respectfully submitted,

JAMES UTHMEIER
 *Attorney General*

*/s/ Jeffrey P. DeSousa*
Jeffrey P. DeSousa (FBN 110951)
 *Acting Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
jeffrey.desousa@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2025, a true and correct copy of this document was filed electronically with the Clerk of Court and has been served on the parties through the Florida Courts E-filing portal.

*/s/ Jeffrey P. DeSousa*
Jeffrey P. DeSousa
