IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | No. 8:25-cv-02264 |

## Unopposed Motion for Special Admission

Pursuant to Local Rule 2.01(c), Michael D. McCoy requests that he be admitted pro hac vice for the purpose of representing Plaintiffs Mitchell James Dunn, Jeremy Ronald Hesson, 2nd Amendment Armory, and the National Rifle Association

1

of America in the above-entitled case. In support of this application, Mr. McCoy represents the following:

1. I am the Director for the Center to Keep and Bear Arms at Mountain States Legal Foundation in Colorado; Telephone: (303) 292-2021; Email: mmccoy@mslegal.org.
2. I currently reside in California.
3. I received a Bachelor of Arts Degree from the University of California at Davis in 1997, and a Juris Doctor from Santa Clara University School of Law in 2001.
4. I was admitted to the State Bar of California in 2002 (#219187), and remain a member in good standing of that bar to this day.
5. I am also admitted to practice law in the following federal courts: the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Central District of Illinois, the United States District Court for the District of Colorado, the Air Force Court of Criminal Appeals, and the Court of Appeals for the Armed Forces.
6. I have not been the subject of any disbarment or disciplinary proceeding.
7. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in the last thirty-six months in any state or federal court in Florida.
8. I will comply with the federal rules and this Court's local rules.
9. I am familiar with the provisions of 28 U.S.C. § 1927, which provide:
   > Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

10. I have paid the fee for special admission or will pay the fee upon special admission.

11. I will register with the Court's CM/ECF system.

12. I affirm the oath, which states:

    > I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

13. Counsel for the Defendants in the above-entitled case do not oppose this application.

DATED: November 4, 2025

Respectfully submitted,

/s/ Michael D. McCoy
Michael D. McCoy
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org
Email: wtrachman@mslegal.org

*Attorney for Plaintiffs*