IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | No. 8:25-cv-02264 |

## NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

NOTICE IS GIVEN THAT:

1. On November 5, 2025, the Court granted Michael D. McCoy of Mountain States Legal Foundation permission to appear pro hac vice in the above captioned case. (Doc. No.13).

2. On November 12, 2025, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida.

DATED: November 19, 2025              Respectfully submitted,

/s/ Michael D. McCoy
Michael D. McCoy
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org
Email: wtrachman@mslegal.org
*Attorney for Plaintiffs*