UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MITCHELL JAMES DUNN, *et al.*,

    *Plaintiffs*,

    v.                                                                 Case No. 8:25-cv-02264-SDM-AEP

MARK GLASS, *et al.*,

    *Defendants*.

_____/

## FOURTH UNOPPOSED CONSOLIDATED MOTION TO EXTEND TIME TO SUBMIT AN ANSWER ON BEHALF OF ALL DEFENDANTS

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants Mark Glass, Commissioner of the Florida Department of Law Enforcement, James Uthmeier, Attorney General of the State of Florida, Melissa Williamson Nelson, State Attorney for the Fourth Judicial Circuit, Brian Stuart Kramer, State Attorney for the Eighth Judicial Circuit, and Susan Shorter Lopez, State Attorney for the Thirteenth Judicial Circuit, respectfully request this Court for an extension of time of 30 days (until February 24, 2026) for Defendants Glass, Uthmeier, Nelson, Kramer, and Lopez to file their Answer to the Complaint.

This Court previously granted three extension requests for Defendants to file a consolidated answer on February 24, 2026, to engage in settlement discussions.

The parties continue to pursue settlement. Due to the complexities involved in bringing together numerous government entities and plaintiffs, however, Defendants seek an additional extension to complete these important discussions. Plaintiffs do not oppose this motion.

*Wherefore*, Defendants respectfully request that this Court extend the time for filing their answer by 60 days to Monday, April 27, 2026.

        Respectfully submitted,

        JAMES UTHMEIER
        ATTORNEY GENERAL
        */s Christine Pratt*
        Jeffrey P. DeSousa (FBN 110951)
        ACTING SOLICITOR GENERAL
        Jason J. Muehlhoff[1]
        CHIEF DEPUTY SOLICITOR GENERAL
        Christine Pratt (FBN 100351)
        ASSISTANT SOLICITOR GENERAL
          Office of the Attorney General
          The Capitol, Pl-01
          Tallahassee, Florida 32399-1050
          (850) 414-3300
          (850) 410-2672 (fax)
          christine.pratt@myfloridalegal.com

---

[1] Certified to practice as an out-of-state bar member.

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion and no party objects to this motion.

/s Christine Pratt
Christine Pratt (FBN 100351)
ASSISTANT SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com

3