# CONSTITUTION
# OF THE
# STATE OF FLORIDA

## AS REVISED IN 1968 AND SUBSEQUENTLY AMENDED

**SECTION 8.    Right to bear arms.—**

(a)    The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.

(b)    There shall be a mandatory period of three days, excluding weekends and legal holidays, between the purchase and delivery at retail of any handgun. For the purposes of this section, "purchase" means the transfer of money or other valuable consideration to the retailer, and "handgun" means a firearm capable of being carried and used by one hand, such as a pistol or revolver. Holders of a concealed weapon permit as prescribed in Florida law shall not be subject to the provisions of this paragraph.

(c)    The legislature shall enact legislation implementing subsection (b) of this section, effective no later than December 31, 1991, which shall provide that anyone violating the provisions of subsection (b) shall be guilty of a felony.

(d)    This restriction shall not apply to a trade in of another handgun.

**History.**—Am. C.S. for S.J.R. 43, 1989; adopted 1990.