## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

MITCHELL JAMES DUNN, JOSIAH §
JEFFREY BURNHAM, JEREMY §
RONALD HESSON, 2nd §
AMENDMENT ARMORY, and the §
NATIONAL RIFLE ASSOCIATION §
OF AMERICA, §
§
§
Plaintiffs, §
§
§
v. §
§
MARK GLASS, in his official capacity §
as Commissioner of the Florida §
Department of Law Enforcement, §
JAMES UTHMEIER, in his official §
capacity as Attorney General of the §
State of Florida, MELISSA §
WILLIAMSON NELSON, in her §
official capacity as State Attorney for §
the 4th Judicial Circuit, BRIAN §
STUART KRAMER, in his official §
capacity as State Attorney for the 8th §
Judicial Circuit, and SUSAN §
SHORTER LOPEZ, in her official §
capacity as State Attorney for the 13th §
Judicial Circuit, §
§
Defendants.

Civil Action No. _____

## DECLARATION OF JOSIAH JEFFREY BURNHAM

I, Josiah Jeffrey Burnham, declare as follows:

1. I am Josiah Jeffrey Burnham. I am over the age of 18, and I have personal

    knowledge of the facts contained in this Declaration. I could competently testify as

    to the contents of this Declaration if called upon to do so.

2. I currently reside in the State of Florida.

3. I am a law-abiding American citizen, eligible to possess firearms under state and federal law.

4. I am not a federal firearms licensee; I do not currently hold a concealed firearms license under Florida law; I do not maintain a valid Florida hunting license and I have not completed a hunter safety course or possess a hunter safety certification card; and I am not a law enforcement officer, correctional officer or servicemember.

5. I am a current member of the National Rifle Association of America.

6. I currently possess a small collection of firearms, including self-defense weapons, which I intend to expand through future firearms purchases in the State of Florida.

7. On August 23, 2025, I went to Pickett Weaponry Services Inc. in Newberry, Florida ("Pickett Weaponry"), for the purpose of acquiring a Mossberg model 88 shotgun (hereinafter, "the firearm").

8. After selecting the firearm to purchase, I provided the information required for a federal firearm background check through the National Instant Criminal Background Check System (NICS), and was subsequently informed that I had passed the background check.

9. After paying the purchase price for the firearm, I asked the Pickett Weaponry employee who had been helping me with the transaction if I could take possession of the firearm so that I could remove it from the store and transport it to my residence. The employee responded that due to the firearm waiting period laws in

2

Florida, as well as Alachua County's own firearms waiting period ordinance, the firearm had to remain in the custody of Pickett Weaponry for the next five days.

10. I then asked the Pickett Weaponry employee if there was any reason other than the requirements of the firearm waiting period why I could not receive the firearm and take it home with me. The Pickett Weaponry employee confirmed that there was no other reason.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in _____, this _25_ day of August 2025.

BY: _____
JOSIAH JEFFREY BURNHAM

3