# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. _____ |

## DECLARATION OF JEREMY RONALD HESSON

I, Jeremy Ronald Hesson, declare as follows:

1. I am Jeremy Ronald Hesson. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2.  I currently reside in the State of Florida.

3.  I am a law-abiding American citizen, eligible to possess firearms under state and federal law.

4.  I am not a federal firearms licensee; I do not currently hold a concealed firearms license under Florida law; and I am not a law enforcement officer, correctional officer or servicemember.

5.  Although I do possess a hunter safety certificate from the State of Pennsylvania, it is my understanding of Florida's firearm waiting period laws that the exception to the mandatory three-day waiting period for those in possession of a valid hunter safety certification card only applies to the purchase of a rifle or a shotgun, not handguns.

6.  I currently possess a small collection of firearms, including self-defense weapons, which I intend to expand through future firearms purchases in the State of Florida. One or more of those future purchases will involve handguns.

7.  I am a current member of the National Rifle Association of America.

8.  On August 23, 2025, I went to Shoot Straight Shooting Range and Gun Store in Casselberry, Florida ("Shoot Straight"), for the purpose of acquiring a Ruger GP100 .357 Magnum Revolver (hereinafter, "the firearm").

9.  After selecting the firearm to purchase, I provided the information required for a federal firearm background check through the National Instant Criminal Background Check System (NICS), and was subsequently informed that I had passed the background check.

10. After paying the purchase price, including the sales tax, for the firearm, I asked the Shoot Straight employee who had been helping me with the transaction if I could take possession of the firearm so that I could remove it from the store and transport it to my residence. The employee responded that due to the firearm waiting period laws in Florida, the firearm had to remain in the custody of Shoot Straight for the next three days.

11. I then asked the Shoot Straight employee if there was any reason other than the requirements of the firearm waiting period laws why I could not receive the firearm and take it home with me. The Shoot Straight employee confirmed that there was no other reason.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in _____, this __24_ day of August 2025.

BY: _____
JEREMY RONALD HESSON

3