## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, MAURICIO FIGUEROA, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,

Plaintiffs,

v.

MARK GLASS, in his official capacity as Commissioner and Executive Director of the Florida Department of Law Enforcement, JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, and BRIAN HAAS, in his official capacity as State Attorney for the 10th Judicial Circuit, et al.,

Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

### DECLARATION OF MAURICIO FIGUEROA

I, Mauricio Figueroa, declare as follows:

1. I am Mauricio Figueroa. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I currently reside in the State of Florida.

3. I am a law-abiding American citizen, eligible to possess firearms under state and federal law.

4. I am not a federal firearms licensee; I do not currently hold a concealed firearms license under Florida law; I do not possess a valid Florida hunting license and I have not completed a hunter safety course or possess a hunter safety certification card; and I am not a law enforcement officer, correctional officer or servicemember.

5. I am a current member of the National Rifle Association of America.

6. I currently possess a collection of firearms, including self-defense weapons, which I intend to expand through future firearms purchases in the State of Florida.

7. On March 13, 2026, I went to LeadFeather Guns & Ammo in Winter Haven, Florida, for the purpose of acquiring a Steyr L9-A1 Pistol (hereinafter, "the firearm").

8. After selecting the firearm to purchase, I provided the information required for a federal firearm background check through the National Instant Criminal Background Check System (NICS), and was subsequently informed that I had passed the background check.

9. I also subsequently paid the purchase price, including the sales tax, for the firearm.

10. Once the transaction was complete, the LeadFeather employee who had been helping me told me that I would not be able to take possession of the firearm until on or after March 19, 2025. When I asked why, the employee responded that due to the firearm waiting period laws in Florida, the firearm had to remain in the custody of LeadFeather until that time.

2

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in Winter Haven, Florida, this 19th day of March 2026.

BY: _____
MAURICIO FIGUEROA

3