# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MITCHELL JAMES DUNN, JOSIAH JEFFREY BURNHAM, JEREMY RONALD HESSON, 2nd AMENDMENT ARMORY, and the NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida, MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, MELISSA WILLIAMSON NELSON, in her official capacity as State Attorney for the 4th Judicial Circuit, BRIAN STUART KRAMER, in his official capacity as State Attorney for the 8th Judicial Circuit, and SUSAN SHORTER LOPEZ, in her official capacity as State Attorney for the 13th Judicial Circuit,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §    Civil Action No. _____ |

## DECLARATION OF TED W. MARTIN

I, Ted W. Martin, declare as follows:

1. I am Ted W. Martin. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I am the Owner of 2nd Amendment Armory located in Brandon, Florida.

3. 2nd Amendment Armory is a firearms related retail business. 2nd Amendment Armory specializes in providing tactical supplies and firearms to law-abiding citizens. 2nd Armory's staff assist their customers not only with firearm related retail purchases, but also by promoting responsible firearm handling and ownership through their firearm training courses.

4. 2nd Amendment Armory is a federal firearms licensed dealer.

5. As the Owner of 2nd Amendment Armory, I am aware of and ensure 2nd Amendment Armory's compliance with the provisions of Florida Statute § 790.0655 and Article I, section 8(b) of the Florida Constitution (hereinafter referred to collectively as the "waiting period laws").

6. Our past and present compliance with the waiting period laws has caused harm to 2nd Amendment Armory in the following ways:

   a. The waiting period laws have impacted 2nd Amendment Armory's sales of firearms and firearm related equipment, and in so doing has reduced the company's revenue. On multiple occasions, prospective customers who have made arrangements with 2nd Amendment Armory to purchase one or more firearms end up backing out of the purchase once they learn that they will not be able to receive their firearms after passing their background check and rendering payment for them; but instead will have to wait five days for delivery.[1]

2

b. In addition to the loss of revenue, 2nd Amendment Armory's owners, employees and agents face the prospect of investigation, arrest and felony-level prosecution if they deviate from the requirements of the waiting period laws in any way. I am aware that there are significant criminal sanctions for both retailers and purchasers of firearms for violation of the waiting period laws.

7. The waiting period laws have also harmed 2nd Amendment Armory's past, present and future customers by preventing those in immediate need of a firearm for self-defense from acquiring one.

8. 2nd Amendment Armory is a corporate member of the NRA Business Alliance.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in _Brandon, Florida_, this _24th_ day of August 2025.

[1] Hillsborough County Ordinance No. 18-13, § 3 extends the state mandated three-day waiting period to a total of five business days for firearm sales conducted in the county. "Except as provided in Sections 36-85 and 36-86, there shall be a mandatory five-day waiting period, which shall be five days excluding weekends and legal holidays, between the hour of sale and the hour of delivery of any firearm. No seller shall deliver any firearm to any person that is not a licensed firearm dealer, importer, or manufacturer and no buyer that is not a licensed firearm dealer, importer, or manufacturer shall take delivery of any firearm unless 120 hours have elapsed between the time of sale and the time of delivery of the firearm." *Id.*

3

BY: _____
TED W. MARTIN