## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Mitchell James Dunn, Josiah Jeffrey Burnham, Jeremy Ronald Hesson, 2nd Amendment Armory, Centurion Armament Co., and the National Rifle Association of America, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. _____ |
| v. | § § | |
| Mark Glass, in his official capacity as Commissioner and Executive Director of the Florida Department of Law Enforcement, James Uthmeier, in his official capacity as Attorney General of the State of Florida, and Alexcia Cox, in her official capacity as State Attorney for the 15th Judicial Circuit, et al., | § § § § § § § § § | |
| Defendants. | § § | |

## DECLARATION OF GINO MONICA

I, Gino Monica, declare as follows:

1. I am Gino Monica. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I am the President of Centurion Armament Co. located in West Palm Beach, Florida.

3. Centurion Armament Co. ("Centurion") is a firearms related retail business. Centurion specializes in providing firearms related tactical equipment, training, and support services to government, military, law enforcement, and private customers. Centurion staff assist

their customers not only with firearm related retail purchases, but also by promoting responsible firearm handling and ownership through their firearm training courses.

4. Centurion is a federal firearms licensed dealer.

5. As the President of Centurion, I am aware of and ensure Centurion's compliance with the provisions of Florida Statute § 790.0655 and Article I, section 8(b) of the Florida Constitution (hereinafter referred to collectively as the "waiting period laws").

6. Our past and present compliance with the waiting period laws has caused harm to Centurion in the following ways:

   a. The waiting period laws have impacted Centurion's sales of firearms and firearm related equipment, and in so doing has reduced the company's revenue. On multiple occasions each quarter, prospective customers who have made arrangements with Centurion to purchase a firearm end up backing out of the purchase agreement once they learn that they will not be able to receive their firearm(s) after passing their background check and rendering payment for them; but instead will have to wait five days for delivery.[1]

   b. In addition to the loss of revenue, Centurion's employees and agents face the prospect of investigation, arrest and felony-level prosecution if they deviate from the requirements of the waiting period laws in any way. I am aware that there are significant criminal sanctions for both retailers and purchasers of firearms for violation of the waiting period laws.

---

[1] Palm Beach County Ordinance Chapter 28, Article II, Sec. 28-23(a) extends the state mandated three-day waiting period to a total of five business days for firearm sales conducted in the county. "No person shall deliver a firearm to another person, other than a licensed dealer, licensed manufacturer or licensed importer, in connection with the sale of such firearm for a period of five (5) business days from the date of the sale." *Id.*

7. The waiting period laws have also harmed Centurion's past, present and future customers by preventing those in immediate need of a firearm for self-defense from acquiring one. For example, one prospective customer, a deliveryman who used an e-bike for his transportation, came to Centurion to purchase a firearm for his own self-defense after being robbed. Even though this customer paid the purchase price for his firearm and passed his background check, Centurion was unable to deliver the firearm to the customer for a period of five days due to the waiting period laws and Palm Beach County Ordinance Chapter 28, Article II, Sec. 28-23(a). Nevertheless, the customer went forward with the purchase of the firearm, and agreed to return to Centurion five days later to take delivery of his firearm. After the waiting period had passed, and while on his way back to Centurion to take delivery of his firearm, the customer was robbed *again*, this time losing his e-bike in the process.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Executed in _____March_____, this __18__ day of March 2026.

BY: Signed by:
GINO MONICA
CE8FD3B8626C4BD...
_____
GINO MONICA