**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| MITCHELL JAMES DUNN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| MARK GLASS, in his official capacity as | § | Civil Action No. 8:25-cv-02264 |
| Commissioner and Executive Director of | § | |
| the Florida Department of Law | § | |
| Enforcement, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**DECLARATION OF JOHN COMMERFORD**

1. My name is John Commerford. I am the Executive Director of the National Rifle Association of America - Institute for Legislative Action, a position I have held since 2024. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of the National Rifle Association of America ("NRA"). If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. The NRA is a nonprofit corporation founded in 1871.

4. The NRA is America's oldest civil rights organization and America's leading provider of firearms marksmanship and safety training for both civilians and law enforcement.

5. The NRA has millions of members across the nation, including members in each of Florida's 20 judicial circuits.

6. Mitchell James Dunn, Josiah Jeffrey Burnham, Jeremy Ronald Hesson, Mauricio Figueroa, 2nd Amendment Armory, and Centurion Armament Co.—plaintiffs in this case—are members of the NRA. The NRA brings this suit on behalf of its members, who are directly harmed by Defendants' enforcement of the laws, provisions, regulations, policies, practices, and customs challenged herein.

I, John Commerford, certify under penalty of perjury that the foregoing is true and correct.

3/20/26

**DATE**

**John Commerford**
**Executive Director**
**NATIONAL   RIFLE   ASSOCIATION**
**OF   AMERICA   –   INSTITUTE   FOR**
**LEGISLATIVE ACTION**

2