United States District Court
Middle District of Florida
Tampa Division

| | |
|---|---|
| MITCHELL JAMES DUNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, et al., <br><br> Defendants. | No. 8:25-cv-02264-SDM-AEP |

## Unopposed Motion for Special Admission

Joseph G.S. Greenlee, Esquire, moves for special admission to represent plaintiff National Rifle Association of America in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in state or federal court in Florida within the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required

1

by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Joseph G.S. Greenlee

## Local Rule 3.01(g) Certification

I have conferred with opposing counsel and represent that they do not oppose my special admission.

Dated: April 25, 2026                     Respectfully submitted,

/s/ *Joseph G.S. Greenlee*                  /s/ *Matthew M. Larosiere*
Joseph G.S. Greenlee                        Matthew M. Larosiere
NRA – Institute for Legislative Action      6964 Houlton Cir.
11250 Waples Mill Road                      Lake Worth, FL 33467
Fairfax, VA 22030                           Phone: (561) 452-7575
Phone: (703) 267-1161                       Email: larosieremm@gmail.com
Email: jgreenlee@nrahq.org