AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **8:25-cv-02264-SDM-AEP**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Alexcia Cox, State Attorney, 15th Judicial Circuit**
was received by me on  **4/24/2026**:

☐ I personally served the **SUMMONSES; FIRST AMENDED COMPLAINTS; DECLARATIONS** on the individual at *(place)*
on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **LEIGH MILLER**, a person of suitable age
and discretion who resides at **401 N Dixie Hwy, West Palm Beach, FL 33401**, on **04/24/2026 at 3:47 PM**, and mailed a
copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/24/2026

_____
*Server's signature*

**Matthew Pryor**
*Printed name and title*

**4001 Spruce Avenue
West Palm Beach, FL 33407**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONSES; FIRST AMENDED COMPLAINTS; DECLARATIONS,  to LEIGH MILLER who
identified themselves as the assistant state attorney with identity confirmed by subject showing identification. The
individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact
55-65 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**





Tracking #: **0220168971**