## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

MITCHELL JAMES DUNN, *et al.*,

Plaintiffs,

                                      Case No. 8:25-cv-02264-SDM-AEP

v.

MARK GLASS, *et al.*,

Defendants.

_____/

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiffs Mitchell James Dunn, Josiah Jeffrey Burnham, Jeremy Ronald Hesson, Mauricio Figueroa, 2nd Amendment Armory, Centurion Armament Co., and National Rifle Association of America ("NRA") (hereinafter referred to collectively as "Plaintiffs"), by and through their undersigned counsel, hereby accept the Offer of Judgment made by Defendants Attorney General James Uthmeier, Commissioner Mark Glass, and State Attorneys Ginger Bowden Madden, Jack Campbell, John Durrett, Melissa Williamson Nelson, William Gladson, Bruce Bartlett, R.J. Larizza, Brian Stuart Kramer, Monique H. Worrell, Brian Haas, Katherine Fernandez-Rundle, Ed Brodsky, Susan Shorter Lopez, Larry Basford, Alexcia Cox, Dennis W. Ward, Harold F. Pryor, William Scheiner, Thomas Bakkedahl, and Amira Fox (hereinafter referred to collectively as "Defendants"), pursuant to Federal Rule of Civil Procedure 68, a copy of which is attached hereto as Exhibit A.

1

Pursuant to Rule 68(a), Plaintiffs accept the Offer of Judgment in full. Plaintiffs request that judgment be entered in favor of Plaintiffs and against Defendants on all claims asserted in the Complaint, including the declaratory relief set forth in Section 2 of the Offer, the permanent injunctive relief set forth in Section 3 of the Offer, and an award of ten thousand dollars ($10,000) in reasonable attorney's fees and costs as set forth in Section 4 of the Offer. Plaintiffs will not receive damages.

Dated: June 5, 2026

Respectfully submitted,

/s/ Matthew M. Larosiere
Matthew M. Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
Phone: (561) 452-7575
Email: larosieremm@gmail.com

Michael D. McCoy
William E. Trachman
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org
Email: wtrachman@mslegal.org

Joseph G.S. Greenlee
**NRA – Institute for Legislative Action**
11250 Waples Mill Road
Fairfax, VA 22030
Phone: (703) 267-1161
Email: jgreenlee@nrahq.org

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE AND PROOF OF SERVICE UNDER RULE 68(a)**

I HEREBY CERTIFY that, on June 5, 2026, Defendants served their Rule 68 Offer of Judgment on Plaintiffs by email through counsel, and that, on June 5, 2026, Plaintiffs served their written acceptance of that Offer of Judgment on Defendants by email through counsel.

Specifically, Defendants served the Offer of Judgment by email from Christine Pratt to Plaintiffs' counsel of record, with Defendants' counsel copied, on June 5, 2026. Plaintiffs thereafter accepted the Offer of Judgment in writing by email from Michael D. McCoy to Defendants' counsel Christine Pratt, David M.S. Dewhirst, and Jason J. Muehlhoff, with Plaintiffs' counsel of record copied, on June 5, 2026.

I FURTHER CERTIFY that, on June 5, 2026, I electronically filed the foregoing Notice of Acceptance of Offer of Judgment, together with the accepted Offer of Judgment, using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Matthew M. Larosiere*
Matthew M. Larosiere

3