**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MITCHELL JAMES DUNN, *et al.*,

Plaintiffs,

v.

MARK GLASS, *et al.*,

Defendants.

_____/

Case No. 8:25-cv-02264-SDM-AEP

## JOINT REQUEST FOR ENTRY OF FINAL JUDGMENT

On June 5, 2026, Plaintiffs Mitchell James Dunn, Josiah Jeffrey Burnham, Jeremy Ronald Hesson, Mauricio Figueroa, 2nd Amendment Armory, Centurion Armament Co., and National Rifle Association of America ("NRA") (hereinafter referred to collectively as "Plaintiffs"), filed with this Court their Notice of Acceptance of the Offer of Judgment made by Defendants Attorney General James Uthmeier, Commissioner Mark Glass, and State Attorneys Ginger Bowden Madden, Jack Campbell, John Durrett, Melissa Williamson Nelson, William Gladson, Bruce Bartlett, R.J. Larizza, Brian Stuart Kramer, Monique H. Worrell, Brian Haas, Katherine Fernandez-Rundle, Ed Brodsky, Susan Shorter Lopez, Larry Basford, Alexcia Cox, Dennis W. Ward, Harold F. Pryor, William Scheiner, Thomas Bakkedahl, and Amira Fox (hereinafter referred to collectively as "Defendants"), pursuant to Federal

Rule of Civil Procedure 68.[1] [ECF No. 45, Notice of Acceptance of Offer of Judgment.]

Based on the accepted terms of the above-referenced Offer of Judgment, the parties jointly request that this court enter final judgment in favor of Plaintiffs and against Defendants in this action on all claims asserted in the Amended Complaint, on the terms set forth below:[2]

1. Declare pursuant to 28 U.S.C. § 2201 that Florida Statutes § 790.0655(1)(a), (2)(a)–(c), and (3)(a), Article I, section 8(b), and Article VIII, section 5(b) of the Florida Constitution violate the Second Amendment of the United States Constitution, as incorporated against the State of Florida by the Fourteenth Amendment, to the extent those laws require retailers to hold a firearm beyond the time required to perform a background check.

2. Enter a permanent injunction enjoining Defendants, along with their officers, agents, employees, successors, and all persons acting in concert with them, from enforcing Florida Statutes § 790.0655(1)(a), (2)(a)–(c), and (3)(a), Article I, section 8(b), and Article VIII, section

---

[1] The June 5, 2026, filing, which includes the Plaintiffs' Notice of Acceptance of Offer of Judgment and the Defendants' Offer of Judgment, is attached hereto as Exhibit A.

[2] Should it benefit the Court, the parties would provide the court with a Proposed Order of Final Judgment.

5(b) of the Florida Constitution to the extent they require retailers to hold a firearm beyond the time required to perform a background check. Within seven days of the entry of the Court's Final Judgement, Defendants shall promptly notify all relevant state agencies, law-enforcement personnel, and regulatory bodies of the cessation of the enforcement of the challenged law.

3. Award Plaintiffs reasonable attorney fees and costs in the amount of ten thousand dollars ($10,000).

4. Plaintiffs will not receive damages.

Dated: June 26, 2026

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

David Dewhirst
SOLICITOR GENERAL

Jason J. Muehlhoff
CHIEF DEPUTY SOLICITOR
GENERAL

*s/ Christine Pratt*
Christine Pratt (FBN 100351)
DEPUTY SOLICITOR GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300

*s/ Matthew M. Larosiere*
Matthew M. Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
Phone: (561) 452-7575
Email: larosieremm@gmail.com

Michael D. McCoy
William E. Trachman
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org
Email: wtrachman@mslegal.org

3

(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com

Joseph G.S. Greenlee
**NRA – Institute for Legislative Action**
11250 Waples Mill Road
Fairfax, VA 22030
Phone: (703) 267-1161
Email: jgreenlee@nrahq.org

*Attorneys for Plaintiffs*

4