**Michael McCoy**

| | |
|---|---|
| **From:** | Christine Pratt <Christine.Pratt@myfloridalegal.com> |
| **Sent:** | Monday, June 1, 2026 12:43 PM |
| **To:** | Michael McCoy; Matthew Larosiere; Greenlee, Joseph; William Trachman |
| **Cc:** | David Dewhirst; Jason Muehlhoff; doug@wylerlawfirm.com; KateHolmes@fdle.state.fl.us |
| **Subject:** | Dunn v. Glass -- Offer of Judgment |
| **Attachments:** | Dunn v. Glass_OOJ.pdf |

Mike,

In the interest of conserving judicial and parties' resources, and in resolving this case in a timely manner, all 22 Defendants submit to Plaintiffs this offer of judgment in *Dunn v. Glass* (case no. 8:25-cv-2264), pursuant to Rule 68 of the Federal Rules of Civil Procedure.

We will agree to a judgment that includes statewide relief for Plaintiffs and reasonable attorney's fees, see attached. Let us know if you would like to discuss.

Best,

**Christine Pratt**
*Deputy Solicitor General*
352-359-6684
OFFICE OF ATTORNEY GENERAL JAMES UTHMEIER