**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MITCHELL JAMES DUNN, et al.,

*Plaintiffs*,

No. 8:25-cv-02264-SDM-AEP

v.

MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, et al.,

*Defendants*.

**DECLARATION OF MATTHEW LAROSIERE, ESQ.**

I, Matthew M. Larosiere, declare as follows:

1. I am over eighteen years of age, competent to make this declaration, and have personal knowledge of the matters stated herein.
2. I am lead counsel for Plaintiffs in this action.
3. Prior to filing this action, I had no communication regarding this action or any of the claims or facts asserted in this action with any Defendant or their counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026.

*/s/ Matthew M. Larosiere*
Matthew M. Larosiere