**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MITCHELL JAMES DUNN, et al.,

*Plaintiffs*,

No. 8:25-cv-02264-SDM-AEP

v.

MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement, et al.,

*Defendants*.

## DECLARATION OF JOSEPH GREENLEE, ESQ.

I, Joseph G.S. Greenlee, declare as follows:

1. I am over eighteen years of age, competent to make this declaration, and have personal knowledge of the matters stated herein.

2. I am counsel for Plaintiff National Rifle Association of America in this action.

3. At no point prior to the filing of the Complaint did I have any communication with the Defendants or their counsel regarding the underlying merits of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2026.

*/s/ Joseph G.S. Greenlee*
Joseph G.S. Greenlee