**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MITCHELL JAMES DUNN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GLASS, *et al.*,<br><br>Defendants. | Case No. 8:25-cv-02264-SDM-AEP |

**GIFFORDS' NOTICE OF ACCEPTANCE**
**<u>OF INVITATION TO PARTICIPATE AS AMICUS CURIAE</u>**

Pursuant to this Court's invitation for Giffords Law Center to Prevent Gun Violence ("Giffords") to participate in the above-captioned matter as amicus curiae (Docket No. 52), Giffords files this notice to accept the Court's invitation. Giffords will file a brief not longer than twenty-five pages by February 1, 2027.

Dated: November 23, 2026

*<u>/s/ Jared J. Burns</u>*
Jared Joseph Burns
Fla. Bar No. 1003415
JBurns@crowell.com
Scott L. Winkelman
(*pro hac vice* forthcoming)
Nicholas Louis Roberti
(*pro hac vice* forthcoming)
CROWELL & MORING LLP
600 Fifth Street N.W.
Washington, D.C. 20001
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Amicus Curiae Giffords Law Center to Prevent Gun Violence*