**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MITCHELL JAMES DUNN, *et. al.*,

*Plaintiffs,*

v. CASE NO. 8:25-CV-02264-SDM-AEP

MARK GLASS, *et. al.*,

*Defendants.*

______________________________________/

## Motion for Special Admission

Shira Lauren Feldman moves for special admission to file an amicus curiae brief in this action.

1. I am neither a Florida resident nor a member in good standing of the Florida Bar.

2. I am a member in good standing of a bar of a United States district court, specifically the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the District of Columbia.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

4. I have not initially appeared in any case in state or federal court in Florida in the last thirty-six months.

5. I will comply with the federal rules and this Court's local rules.

6. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7. I will pay the fee upon special admission.

8. I will register with the Court's CM/ECF system.

9. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

I have conferred with counsel for Plaintiffs, Defendants, and amicus Giffords Law Center to Prevent Gun Violence. Defendants and Giffords Law Center to Prevent Gun Violence do not object to this motion. Plaintiffs take no position on it.

Respectfully submitted this 24th day of November, 2026,

Shira Lauren Feldman
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, DC 20002
(202) 370-8160
sfeldman@bradyunited.org