**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| MITCHELL JAMES DUNN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 8:25-cv-02264-SDM-AEP |
| | ) | |
| MARK GLASS, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## Motion for Special Admission

William J. Taylor, Jr. moves for special admission to represent Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") in this action.

Pursuant to this Court's October 28, 2026, Order, ECF No. 52, Everytown intends to move on or before November 30, 2026, for leave to appear and file an amicus curiae brief in this action. I am Deputy Director, Second Amendment Litigation at Everytown Law, which is a part of Everytown for Gun Safety Support Fund, the education, research, and litigation arm of Everytown. I seek special admission to represent Everytown and file the motion for leave and, if it is granted, the amicus brief in this action on behalf of Everytown.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, District of Colorado, and Northern District of Florida.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in state or federal court in Florida within the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly

and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 20, 2026

/s/ William J. Taylor, Jr.
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, New York 10163
(646) 324-8215
wtaylor@everytown.org

*Attorney for Everytown for Gun Safety*

**Local Rule 3.01(g) Certification**

I have conferred with attorneys for Plaintiffs and attorneys for Defendants, and I represent that Defendants do not oppose my special admission and Plaintiffs take no position.

Dated: November 20, 2026

/s/ William J. Taylor, Jr.

William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, New York 10163
(646) 324-8215
wtaylor@everytown.org

*Attorney for Everytown for Gun Safety*